# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FALLON, ELDON E. | U.S. District Court, Louisiana | 05/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U. S. DISTRICT COURT
500 POYDRAS STREET - ROOM C456
NEW ORLEANS, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Ex-Officio Board Member/Past President | Louisiana Bar Foundation |
| 2. | Trustee | Testamentary Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FALLON, ELDON E.** | 05/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Thompson-West (book royalty) | $4,674.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory University School of Law | 02/27/2019-03/02/2019 | NewPort Beach, CA | Teaching educational seminar (speaker) | Hosuing, food and travel |
| 2. | Duke University School of Law | 03/12/2019-03/15/2019 | Raliegh-Durham, NC | Teaching educational seminar (speaker) | Housing, food and travel |
| 3. | EmoryUniversity School of Law | 05/08/2019-05/10/2019 | Boston, MA | Teaching educational seminar (speaker) | Housing, food and travel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. PARCEL #5, New Orleans, Louisiana | F | Rent | O | W | | | | | |
| 2. *PARCEL#6, MS (Pearl River County) | | None | P1 | W | | | | | |
| 3. DUKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 4. FIDELITY FUND COMMON STOCK | A | Dividend | L | T | | | | | |
| 5. *ANADARKO COMMON STOCK | A | Dividend | | | Sold | 08/09/19 | K | E | |
| 6. REGIONS BANK [formerly AM SOUTH (IRA) | D | Dividend | N | T | | | | | |
| 7. SCHWAB MONEY MARKET ACCOUNT ( ) | D | Interest | J | T | | | | | |
| 8. *TESTAMENTARY TRUST | | None | L | T | | | | | |
| 9. LEGG MASON VALUE MUTUAL FUND | A | Dividend | K | T | | | | | |
| 10. FIDELITY SELECT COMPUTERS | A | Dividend | L | T | | | | | |
| 11. FEDERATED FUND | A | Dividend | M | T | | | | | |
| 12. GAMBELLI GROWTH FUND | A | Dividend | L | T | | | | | |
| 13. T. ROWE PRICE INTERNAT'L | A | Dividend | K | T | | | | | |
| 14. VANGUARD GNMA | B | Dividend | L | T | | | | | |
| 15. VANGUARD TOTAL STOCK INDEX | B | Dividend | M | T | | | | | |
| 16. ENBRIDGE(formerly SPECTRA ENERGY CORP) | A | Dividend | J | T | | | | | |
| 17. SCHWABB MONEY MARKET FUND ( ) | C | Interest | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **FALLON, ELDON E.** | 05/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  INVESTMENTS AND TRUSTS.
 **************************************

#2.  Farm and pasture land.  Raise cattle and sell cows.

#5.  Anadarko Common Stock was bought out by Occidental Petroleum. This shareholder was paid $27,081.00 in cash and received 134 shares of stock as a result of the merger.  Anadarko Common Stock will be listed as Occidental Petroleum on next year's report.

 **************************************
#8.  Assets of Testmentary Trust.

(1)  Trustee, with no direct personal interest, for Account of Testamentary Trust on deposit with Bank One, New Orleans, Louisiana.  The interest income is paid pursuant to the terms of the Trust in monthly installments to decedent's widow, who is income beneficiary for life or remarriage.  Turstee's ░░░░░░░ are the principal beneficiaries of the Trust.

(2)  Lot Lakeside Estates, Geneva County, Alabama, appraised value $600

 **************************************

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ ELDON E. FALLON

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544